Rodney Deion Pickens, Jr.                          Case No. 23-11634-HAC-13

> **NOTICE**
>
> If a creditor with an allowed unsecured claim objects to the treatment of unsecured claims in this confirmation order, the creditor must file a written objection with the clerk of the court at 113 St. Joseph St., Mobile, AL 36602 within 21 days of service of the order. This order will become final upon expiration of the 21 days if no objections are filed. If objections are filed, the order will become final upon the disposition of all objections.

## ORDER CONFIRMING PLAN

This matter is before the court on confirmation of Debtor's chapter 13 plan of reorganization. This court has jurisdiction to hear this matter pursuant to 28 U.S.C. § 1334(b) and § 157(a) and (b)(2)(A) and (L). Venue is appropriate as contemplated by 28 U.S.C. § 1408. Appropriate notice was given.

The following is a summary of final plan terms as provided by the Debtor on 11/2/2023 and as calculated by the chapter 13 trustee. Except as modified below, the provisions of the plan as originally filed using this district's model plan form remain in effect and are incorporated herein.

1. Refer to the plan for complete language for Section 1.
2. **PAYMENTS AND LENGTH OF PLAN**

    The term of the plan is 52 months. The plan as confirmed requires payment to the trustee as follows for the term of the plan:

    $557.00 per month for 52 months

3. **PRE-CONFIRMATION ADEQUATE PROTECTION PAYMENTS TO SECURED CREDITORS**

    | CREDITOR | ECF # | STATUS | COLLATERAL DESCRIPTION | MONTHLY PYMT. |
    |---|---|---|---|---|
    | Bridgecrest Acceptance Corporation | 2 | | 2015 Nissan Sentra S | $50.00 |

4. **ATTORNEY'S FEE FOR DEBTOR'S BANKRUPTCY COUNSEL**

    | DEBTOR'S COUNSEL | FEE TO BE PAID THROUGH PLAN |
    |---|---|
    | Stephen L. Klimjack LLC | $4,500.00 |

5. **DOMESTIC SUPPORT OBLIGATIONS**

    | CREDITOR | ECF # | STATUS | TOTAL CLAIM | CLAIMANT | MONTHLY PYMT. |
    |---|---|---|---|---|---|

6. **PRIORITY CLAIMS (EXCLUDING DOMESTIC SUPPORT OBLIGATIONS)**

    | CREDITOR | ECF # | STATUS | TYPE OF PRIORITY | AMOUNT TO BE PAID | MONTHLY PYMT. |
    |---|---|---|---|---|---|
    | | | | | $0.00 | |

## 7. TREATMENT OF SECURED CLAIMS

### 7.1 Request for valuation of secured claims, payment of secured claims, and modification of undersecured claims

| CREDITOR | ECF # | STATUS | SECURED CLAIM | COLLATERAL DESCRIPTION | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|---|---|---|
| Bridgecrest Acceptance Corporation | 2 | | $5,022.00 | 2015 Nissan Sentra S | 9.25 % | $150.00 |

**PRO RATA CREDITORS**

| CREDITOR | ECF# | STATUS | SECURED VALUE | COLLATERAL DESCRIPTION |
|---|---|---|---|---|
| | | | | |

### 7.2 Secured claims excluded from valuation under Bankruptcy Code § 506

| CREDITOR | ECF # | STATUS | SECURED CLAIM | COLLATERAL DESCRIPTION | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|---|---|---|
| | | | | | % | $0.00 |

### 7.3 Curing defaults and maintaining direct payments on secured debt

**CLAIMS PAID DIRECT**

| CREDITOR | ECF # | STATUS | COLLATERAL DESCRIPTION | DIRECT PMT |
|---|---|---|---|---|
| U.S. Bank Trust National Association | 3 | Paid outside | 565 Oak Drive | $951.00 |

**ARREARAGE CLAIMS**

| CREDITOR | ECF # | STATUS | COLLATERAL DESCRIPTION | ARREARAGE |
|---|---|---|---|---|
| U.S. Bank Trust National Association | 3 | | 565 Oak Drive | $14,500.00 |

## 8. NONPRIORITY UNSECURED CLAIMS

Nonpriority unsecured claims will be paid 0.00% or higher, pro rata.

## 9. SURRENDERED PROPERTY (AUTOMATIC STAY IS TERMINATED)

| CREDITOR | ECF # | STATUS | COLLATERAL DESCRIPTION |
|---|---|---|---|
| | | | |

## 10. EXECUTORY CONTRACTS, INCLUDING UNEXPIRED LEASES OF REAL OR PERSONAL PROPERTY

| CREDITOR | ECF # | STATUS | PROPERTY DESCRIPTION | REJECT/ASSUME |
|---|---|---|---|---|
| | | | | |

**ARREARAGE CLAIMS**

| CREDITOR | ECF # | PROPERTY DESCRIPTION | MO PMT |
|---|---|---|---|
| | | | |

## 11. OTHER PLAN PROVISIONS
Refer to plan for complete language.

## 12. NONSTANDARD PLAN PROVISIONS

The court finds that the plan satisfies the requirements of 11 U.S.C. § 1325. It is thus ORDERED that the Debtor's plan is confirmed on the terms summarized above.

Date: 11/16/2023                                           /s/HENRY A. CALLAWAY
                                                           U.S. BANKRUPTCY JUDGE

ORDER PREPARED BY:
Chapter 13 Trustee's Office
Order of Confirmation-RPT458